UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN LARSON,

    Plaintiff,

v.

SELECTIVE INSURANCE
COMPANY OF THE SOUTHEAST,

    Defendant.

CASE NO. 2:23-cv-01085-JES-KCD

## JOINT NOTICE OF SETTLEMENT

Plaintiff, KAREN LARSON ("Plaintiff"), and Defendant, SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, ("Defendant") (jointly the "Parties"), by and through their undersigned counsel, and pursuant to this Court's Order (D.E. 5), and Local Rule 3.09, hereby advise the Court of the Parties Settlement. The Parties are presently finalizing the settlement documents. Upon execution of the same, the parties will file any required dismissal documents with the Court. Further, the Parties respectfully request that they be relieved of any obligation as it relates to attending the January 17, 2025 Settlement Conference in light of settlement.

CASE NO. 2:23-cv-01085-JES-KCD

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel P. Fraser* | */s/ John Michael Pennekamp* |
| Daniel P. Fraser, Esq. | John Michael Pennekamp, Esq. |
| Florida Bar No.: 98406 | LEAD COUNSEL |
| Email: danfraser@holmesfraser.com | Florida Bar No 983454 |
| Secondary: | jmp@fowler-white.com |
| service@holmesfraser.com | Fowler White Burnett, P.A. |
| Holmes Fraser, P.A. | Brickell Arch, Fourteenth Floor |
| 711 5th Avenue South, Suite 200 | 1395 Brickell Avenue |
| Naples, Florida 34102 | Miami, Florida 33131 |
| Tel. (239) 228-728 | Telephone: (305) 789-9200 |
| Fax. (239) 790-5766 | Facsimile: (305) 789-9201 |
| ***Counsel for Plaintiff*** | ***Attorney for Defendant*** |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2025, I electronically filed the foregoing with the Clerk of Court via the ECF filing system and served upon the registrants listed therein.

/s/ *Daniel P. Fraser*
Daniel P. Fraser, Esq.
Florida Bar No.: 98406